UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBE WHOLESALE TOBACCO
DISTRIBUTORS, INC.,

                      Plaintiff,

        - against -

TOBACCO & CANDY CO., ET AL.,

                      Defendants.

25-cv-10799 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held yesterday, the plaintiff may file a reply brief in support of its motion to remand by **January 23, 2026.** The plaintiff may file an amended complaint by **January 30, 2026.** The time for the defendants to answer or respond to the amended complaint is stayed until the motion to remand is decided.

SO ORDERED.

Dated:    New York, New York
           January 15, 2026

                              John G. Koeltl
                        United States District Judge