UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBE WHOLESALE TOBACCO
DISTRIBUTORS, INC.,

                    Plaintiff,

        - against -

TOBACCO & CANDY COMPANY INC., ET
AL.

                    Defendants.

25-cv-10799 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On January 15, 2026, the Court stayed the time for the defendants to answer or respond to the complaint until the motion to remand is decided. ECF No. 12. The Court has denied the plaintiff's motion to remand. ECF No. 13. Therefore, the defendants shall answer or respond to the complaint by **April 24, 2026.**

SO ORDERED.

Dated:    New York, New York
          April 8, 2026

                              _____
                                   John G. Koeltl
                              United States District Judge